THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>   v.<br><br>LONNIE JESS JAMES, SR.,<br><br>   Defendant. | CASE NO. CR15-0111-JCC<br><br>ORDER |

This matter comes before the Court on Defendant's emergency motion to suspend a special condition of supervision (Dkt. No. 38). Defendant is presently on supervised release. (Dkt. No. 27.) As a special condition of supervised release, Defendant is prohibited from having direct or indirect contact with Christie James, his former wife. (*Id*. at 4; Dkt. No. 38.) Defendant's sister passed away recently and will be buried in accordance with the Lummi Tribe's burial ceremonies. (Dkt. No. 38 at 1–2.) Defendant requests a 14-day suspension of the special condition of his supervised release prohibiting him from having direct or indirect contact with the victim, as his former wife will be attending the burial ceremonies for Defendant's sister. (*Id*. at 2.) Defense counsel has stated that the United States Probation Office and U.S. Attorney's Office do not oppose Defendant's motion, considering Defendant's recent completion of domestic violence treatment, overall compliance with his conditions of supervision, and the safety plan proposed by a Lummi Nation Tribe's victims advocate. (*Id*. at 3–4; Dkt. No. 38-1.)

| | |
|---|---|
| 1 | Having thoroughly considered the motion and the relevant record, the Court GRANTS |
| 2 | Defendant's motion. (Dkt. No. 38.) The special condition prohibiting Defendant from having |
| 3 | direct or indirect contact with Christie James is hereby SUSPENDED for a period of 14 days |
| 4 | from the date this order is issued. Defendant shall comply with the proposed safety plan included |
| 5 | with his emergency motion while the special condition is suspended. (Dkt. No. 38-1 at 1.) |
| 6 | DATED this 5th day of April 2019. |

Having thoroughly considered the motion and the relevant record, the Court GRANTS Defendant's motion. (Dkt. No. 38.) The special condition prohibiting Defendant from having direct or indirect contact with Christie James is hereby SUSPENDED for a period of 14 days from the date this order is issued. Defendant shall comply with the proposed safety plan included with his emergency motion while the special condition is suspended. (Dkt. No. 38-1 at 1.)

DATED this 5th day of April 2019.

John C. Coughenour
UNITED STATES DISTRICT JUDGE